**Order entered January 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01033-CV

### HENRY SANCHEZ D/B/A H SANCHEZ CONSTRUCTION, Appellant

### V.

### ALBERRAMAN L. CASTILLO, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-03266-B**

## ORDER

Before the Court are appellant's January 4, 2019 letter request to reset the briefing deadline due to an incomplete reporter's record and court reporter Robin N. Washington's January 8, 2019 request for a ten-day extension of time to file a supplemental record. Both recite the reporter's record filed December 31, 2018, which triggered the deadline for filing appellant's brief, is incomplete.

We **GRANT** both requests and **ORDER** the supplemental reporter's record be filed no later than January 18, 2019. We further **ORDER** appellant's brief be filed within thirty days of the filing of the supplemental record.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE